IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 07- 01 PO MPT |
| ) | |
| FERNANDO ROMERO-FONSECA ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

In or around February 2004, in the State and District of Arizona, Defendant Fernando Romero-Fonseca, an alien and subject of Mexico, did knowingly and unlawfully enter the United States from Mexico at a point near San Luis, Arizona, which said time and place was then and there other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, and was apprehended in the District of Delaware, in violation of Title 8, United States Code, Sections 1325(a)(1) & 1329.

COLM F. CONNOLLY
United States Attorney

By: *Robert F. K[ravetz]*
Robert F. Kravetz
Assistant United States Attorney

Dated: January 16, 2007



FILED

JAN 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE