UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-01P0-MPT |
| FERNANDO ROMERO-FONSECA | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Fernando Romero-Fonseca, in the above-captioned matter.

/s/
ELENI KOUSOULIS, ESQUIRE


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED: January 23, 2007

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Fernando Romero-Fonseca, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on January 23, 2007, to:

Robert F. Kravetz
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED: January 23, 2007