AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**FERNANDO ROMERO-FONSECA**

**WARRANT FOR ARREST**

CASE NUMBER: 07- 01 PO (MPT)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

_X_ Information __ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title _8_ United States Code, Section (s) _1325(a) & 1329_

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

January 16, 2007    Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ 844 King St ____ |

| DATE RECEIVED 1-16-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-16-07 | William David, DOSM | William David |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
JAN 23 2007