*Filed in Open Court 3/22/07*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-01-MPT |
| | ) | |
| FERNANDO ROMERO-FONSECA | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its

attorney, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and on

behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for

the District of Delaware, and the defendant, Fernando Romero-Fonseca, by and through his

attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the

respective parties:

1.      The defendant, Fernando Romero-Fonseca, agrees to plead guilty to Count One

of the Information charging him with a violation of Title 8, United States Code, Sections

1325(a)(1) and 1329, entering without inspection.  This violation carries a maximum penalty of

imprisonment for not more than six months, a $5,000 fine, and a $10.00 special assessment.

2.      The defendant agrees to pay the $10 special assessment at the time of sentencing.

3.      The defendant understands that if he were to proceed to trial on Count One of

the Information, the Government would have to prove each of the following elements of that

offense beyond a reasonable doubt: (a) at the time charged in the Information, the defendant was

an alien; and (b) the defendant knowingly entered the United States (c) at a time or place other

FILED

MAR 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

than as designated by immigration officers.

    4.    The defendant knowingly, voluntarily, and intelligently admits that: (a) he is a citizen of Mexico; and (b) in February 2004, he entered the United States from Mexico at a point near Nogales, Arizona, without inspection by immigration officials.

    5.    It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

Fernando Romero-Fonseca
Defendant

BY: _____

Robert F. Kravetz
Assistant United States Attorney

Christopher Koyste
Attorney for Defendant

Dated: 2 - 13 - 2007

**AND NOW,** this 22 day of *March*, 2007, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____

Honorable Mary Pat Thynge
United States Magistrate Judge